# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 16, 2021

## NO. 03-21-00129-CV

**Verenice Arce, Appellant**

**v.**

**Rey Alexander Trevino, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on March 17, 2021. Having reviewed the record, the Court holds that Verenice Arce has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.